UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| UNITED STATES OF AMERICA<br><br>v.<br><br>**CURTIS LEAR,**<br><br>Defendant. | Case No. 25-mj-111<br><br>VIOLATIONS:<br>18 U.S.C. § 1361<br>(Destruction of Government Property) |
|---|---|

## INDICTMENT

The United States Attorney for the District of Columbia charges that:

### COUNT ONE

On or about June 21, 2025, within the District of Columbia, **CURTIS LEAR**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is, grass on the National Mall, causing damage in an amount more than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Sections 1361)

JEANINE FERRIS PIRRO
United States Attorney

*Gauri Gopal* (signature)

GAURI GOPAL
Assistant United States Attorney

A TRUE BILL:

FOREPERSON.