UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 25-CR-198 (CJN) |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1361 |
| **CURTIS LEAR,** | : | (Destruction of Government Property) |
| | : | 22 D.C. Code, Section 402 |
| Defendant. | : | (Assault With a Dangerous Weapon) |

## INFORMATION

### COUNT ONE

On or about June 21, 2025, within the District of Columbia, **CURTIS LEAR**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is, grass on the National Mall, causing damage in an amount more than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361).

### COUNT TWO

On or about June 21, 2025, within the District of Columbia, **CURTIS LEAR** assaulted L.N. and J.F. with a dangerous weapon, that is, a vehicle.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code, Section 402).

Respectfully submitted,

Jeanine F. Pirro
United States Attorney

 /s/ *JACOB M. GREEN*
JACOB M. GREEN
Assistant United States Attorney