UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :
:  Case No. 25-CR-198 (CJN)
CURTIS LEAR,  :
:
Defendant.  :

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

I. **Summary of the Plea Agreement**

Defendant Curtis Lear agrees to admit guilt and enter a plea of guilty to a criminal information charging him with Destruction of Federal Property, in violation of 18 U.S.C. § 1361, and Assault with a Dangerous Weapon, in violation of 22 D.C. Code § 402.

II. **Penalties**

The penalties for Destruction of Federal Property (Count One) are:

(A) a term of imprisonment not more than 10 years;

(B) a fine not to exceed $250,000; and

(C) a term of supervised release of not more than three years.

The penalties for Assault with a Dangerous Weapon (Count Two) are:

(A) a term of imprisonment not more than 10 years; and

(B) a fine not to exceed $25,000;

II. **Elements of the Offenses**

To prove that the defendant is guilty of Destruction of Federal Property, the government must prove the following beyond a reasonable doubt:

1. The defendant injured, damaged, or destroyed property;
2. The defendant did so willfully;

1

3. The property involved was property of the United States, or of any department or agency thereof; however, the government does not need to prove that the defendant knew that the property belonged to the United States; and

4. The damage to the property in question exceeded the sum of $1,000.

To prove that the defendant is guilty of Assault with a Dangerous Weapon, the government must prove the following beyond a reasonable doubt:

1. The defendant committed a threatening act that reasonably would create in another person a fear of immediate injury;
2. The defendant acted voluntarily, on purpose, and not by mistake or accident;
3. The defendant had the apparent ability to injure the victim; and
4. The defendant committed the threatening act with a dangerous weapon.

### III.   Proffer of Evidence

If this case were to go to trial, the government would be ready to prove, beyond a reasonable doubt, the following facts:

On June 21, 2025, at approximately 8:45 p.m., Curtis Lear, the Defendant, drove a black Jeep Patriot with D.C. license plate alphanumeric number JF7064 onto the National Mall in the area of 7th Street, SW, between Jefferson and Madison Drives in Washington, D.C. There, the Defendant drove erratically in circles at a high rate of speed in close proximity to pedestrians. During the incident, the Defendant drove towards L.N. and J.F. at a high rate of speed. This act would reasonably create in another person a fear of immediate injury. At the time, the Defendant had the apparent ability to injure L.N. and J.F. In doing so, the Defendant used and threatened to use his vehicle in a manner likely to produce death or serious bodily injury. The Defendant's vehicle caused damage to the grass on the National Mall. The quoted total cost of repair was $9,165.

All of the Defendant's actions were voluntary, on purpose, and not the product of mistake or accident. There was no legal justification for the Defendant's actions.

Respectfully submitted,

/s/ *JACOB M. GREEN*
JACOB M. GREEN
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Tezira Abe. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 10/09/2025

_____
Curtis Lear, Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client, Curtis Lear, and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

_____
Tezira Abe
Attorney for Curtis Lear